1

2

3

4

5

6

7

8        UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| SHANNON TALBERT,<br><br>              Plaintiff,<br><br>     v.<br><br>BRAND ENERGY SERVICES OF CALIFORNIA, INC., a Delaware corporation; BRAND ENERGY & INFRASTRUCTURE SERVICES, INC., a Delaware corporation; BRAND ENERGY SERVICES LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>              Defendants. | CASE NO. 2:13-cv-01166-KJM-EFB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR SUBMITTING PROPOSED ORDER ON MOTION TO QUASH**<br><br>Judge:          Hon. Kimberly J. Mueller<br>Courtroom:      3<br>Magistrate Judge:  Hon. Edmund F. Brennan<br>Courtroom:      8<br>Trial Date:      Not Set |

19        WHEREAS, the parties appeared for oral argument on March 5, 2014 regarding plaintiff's

20  motion to quash the subpoena for plaintiff's prior employment and personnel records on Marriott

21  International, Inc.; and

22        WHEREAS, the Court, after ruling from the bench on the motion, ordered defense

23  counsel to submit a proposed order to the Court on or before March 12, 2014; and

24        WHEREAS, the parties have met and conferred as to the terms of the proposed order, and

25  require the hearing transcript to resolve a disputed issue; and

26        WHEREAS, the parties expect to receive the transcript on or about March 19, 2014.

27        The parties, through their respective counsel, hereby stipulate and agree as follows:

28  / / /

STIPULATION AND [~~PROPOSED~~] ORDER TO
EXTEND DEADLINE FOR SUBMITTING
PROPOSED ORDER ON MOTION TO QUASH

1    Defendants shall submit a proposed order on Plaintiff's Motion for an Order Quashing or

2  Modifying the Subpoena for Plaintiff's Prior Employment and Personnel Records and

3  Confidential Medical Records served on Marriott International, Inc. on or before **March 26,**

4  **2014**, in order to allow the parties sufficient time to receive and review the hearing transcript and

5  resolve any disputes as to the terms of the order prior to submission.

6  Dated: March 12, 2014                    LAW OFFICES OF MOIRA C. McQUAID

7

8                              By    */s/ Moira C. McQuaid*
                                     Moira C. McQuaid
9                                    Attorneys for Plaintiff
                                     SHANNON TALBERT
10

11 Dated: March 12, 2014                    PAUL, PLEVIN, SULLIVAN &
                                     CONNAUGHTON LLP
12

13

14                             By    */s/ Bridget Fogarty Gramme*
                                     Michael C. Sullivan
15                                   Bridget Fogarty Gramme
                                     Attorneys for Defendants
16                                   BRAND ENERGY SERVICES OF
                                     CALIFORNIA, INC., BRAND ENERGY &
17                                   INFRASTRUCTURE SERVICES, INC., and
                                     BRAND ENERGY SERVICES, LLC
18

19         **IT IS SO ORDERED.**

20    Dated:  March 12, 2014

21                                   EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28