UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON TALBERT, | CASE NO. 2:13-cv-01166-KJM-EFB |
| Plaintiff, | **[PROPOSED] ORDER RE PLAINTIFF'S MOTION FOR AN ORDER QUASHING OR MODIFYING SUBPOENA TO MARRIOTT INTERNATIONAL, INC.** |
| v. | |
| BRAND ENERGY SERVICES OF CALIFORNIA, INC., a Delaware corporation; BRAND ENERGY & INFRASTRUCTURE SERVICES, INC., a Delaware corporation; BRAND ENERGY SERVICES LLC, a Delaware limited liability company; and DOES 1-50, inclusive, | Judge: Hon. Kimberly J. Mueller<br>Courtroom: 3<br>Magistrate Judge: Hon. Edmund F. Brennan<br>Courtroom: 8<br>Trial Date: March 9, 2015 |
| Defendants. | |

On March 5, 2014, the Honorable Edmund F. Brennan, presiding, heard plaintiff's motion for an order quashing or modifying the subpoena for plaintiff's prior employment, personnel and medical records served by defendant Brand Energy Services of California to Marriott International, Inc., or, in the alternative, a motion for a protective order.

Having reviewed and considered the motion, and the argument of counsel, the Court issues the following order:

The Court finds that plaintiff's employment records from his prior employer, Marriott International, Inc. ("Marriot"), are discoverable and the following categories of documents must be produced in response to Defendants' subpoena:

/ / /

1)     All documents relating to plaintiff's medical condition and any disability claims from January 1, 2007 through the present, including, but not limited to, any documents regarding any workers' compensation claims or injuries by plaintiff while he worked at Marriott.

2)     All documents stating or specifying plaintiff's job duties for the entirety of his employment at Marriott, including, but not limited to, any job descriptions or any documents specifying restrictions or plaintiff's job duties.

3)     All documents that address plaintiff's job performance for the entirety of his employment at Marriott, including, but not limited to, all performance evaluations, action plans, and disciplinary actions.

4)     All documents that address plaintiff's conduct while working at Marriott from August 1, 2006 through the present, including, but not limited to, documents relating to complaints about plaintiff from management, co-workers or third parties, documents reflecting or relating to any investigation into any complaints about plaintiff's workplace conduct, any documents regarding any complaints by plaintiff relating to his employment, and documents reflecting his separation or termination from Marriott.

Plaintiff's request for a protective order is DENIED based on the fact that the Court has already signed a protective order agreed to by the parties.

The documents shall be produced pursuant to the parties' agreed-upon "first look" procedure as follows:  Marriott will produce responsive documents to a third party document service.  The document service will first produce the documents to plaintiff's counsel, who will review the production, redact information, if any, that is beyond the scope of the terms of this Order, and produce the documents to defense counsel within fourteen (14) days of receipt.  If any documents are withheld or redacted, plaintiff's counsel shall produce a redaction and/or privilege log to defense counsel concurrently with the production.  Defendants shall have the right to challenge any such redactions and/or withholdings.

/ / /

/ / /

/ / /

Defendants shall serve this Order upon Marriott International, Inc. with a cover letter informing Marriott about the above-stated modifications to the original subpoena.

**IT IS SO ORDERED.**

Dated: March 20, 2014.

_____
Hon. Edmund F. Brennan

**APPROVED AS TO FORM:**

Dated: March 20, 2014

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: */s/ Bridget Fogarty Gramme*
    MICHAEL C. SULLIVAN
    BRIDGET FOGARTY GRAMME
    Attorneys for Defendants
    Brand Energy Services of California, Inc.,
    Brand Energy & Infrastructure Services, Inc., and Brand Energy Services, LLC

Dated: March 18, 2014

LAW OFFICES OF MOIRA C. MCQUAID

By: */s/ Moira C. McQuaid*
    Moira C. McQuaid
    Attorneys for Plaintiff
    Shannon Talbert